80,245-03

Andrew Gibbs#1747503
Wynne Unit-810 FM 2821
Huntsville,Texas 77349

COURT OF CRIMINAL APPEALS
   Abel Acosta,Clerk

P.O BOX 12308,CAPITOL STATION
Austin,Texas 78711

RE: Extension of Time;Cause No.1249909-A;Ex Parte Andrew Gibbs


    To Whom it May Concern:

 Enclosed, Please find the applicant's Motion for Extension of Time.

Please file this motion with the court and include it with the papers related

to this Cause.

    Thank You for your prompt attention to this matter.

Signed on this the___12TH___day of Febuary,2015


                                                        Sincerely

                                             _____
                                             Andrew Gibbs


c.c Harris County Court Clerk

          File/Adj

Enclosure

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

CASE No. 1249909-A

MOTION DENIED
DATE: 2-25-15
BY: PC

Ex Parte                    §        IN THE COURT OF
ANDREW GIBBS                §     CRIMINAL APPEALS OF TEXAS
        Applicant           §        AUSTIN, TEXAS

### FIRST MOTION FOR EXTENSION OF TIME TO FILE SUPPLIMENTAL MEMORANDUM IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS

To the Honorable Judge of said: COURT OF CRIMINAL APPEALS

Comes now, ANDREW GIBBS, Applicant, Pro-se in the above and titled cause and files this Motion for Extension of ninty(90)days in which to file a Supplemental Memorandum in support of Writ application, in support of this Motion applicant shows the court the following:

#### I.

The Applicant filed a Writ of Mandamus, Writ No. WR-80-245-02, which resulted in a "Order to forward Habeas Records". From the 209th District Court of Harris County, Texas to the court of Criminal Appeals. The Court of Criminal Appeals filed an order, Writ No. WR-80-245-03, ordering the finding of additional facts, and conclusion of law, to which it concluded, "Any Extention of Time shall be obtained from this Court."

#### II.

The present deadline for the Supplement Transcripts to be forward by the State is by March 20th, 2015, For which applicant needs his Supplemental Memorandum in support of writ application to be included with the supplement transcripts.

#### III.

Applicant request for an Extension is based on the following facts:

1). The Applicant has just found additional admissible and credible evidence (Affidavits), to sustain his burden of proof towards his claim of Ineffective Assistance of Counsel, and due to the TDCJ proceedure to obtain

(1)

these Affidavts (Permission from Warden to correspond with another inmate of TDCJ, Applicants Co-defendant) As well as applicants only vehicle to correspond with affiants, The Extension is NEEDED..

## PRAYER

Wherefore, Applicant prays this Court grants this Motion and Extend the deadline for the State filing there Supplemental transcript in Cause No. 1249099-A to June 20th,2015.


Dated on the ___17TH___ day of ___TEBUACY___ 2015.


Respectfully Submitted,

ANDREW GIBBS,Pro-se
WYNNE UNIT
810 FM 2821
HUNTSVILLE,TEXAS 77349

(2)

## INMATE DECLARATION OF OATH

_ I Andrew Gibbs, TDCJ# 1747503, applicant pro-se is incarcerated in the Texas Department of Criminal Justice Division at 810 FM 2821, Wynne Unit, Huntsville, Texas 77349, does declare under penality of perjury that the forgoing is true and correct.

Dated on the _12IH_ day of _FeBuury_ 2015.

Andrew Gibbs, Pro-se
Applicant

(3)